

**CADENCE Bank**

PO Box 480149
Niles, IL 60714



A 488739 T1760 P1 47 ******************AUTO**ALL FOR AADC 750
Cris Suzette Fuentes

September 15, 2023

## Notice of Data Breach

To Cris Suzette Fuentes:

Cadence Bank ("Cadence") is writing to inform you of a data security incident that occurred and may have affected your personal information. This letter provides information about the incident and resources available to you.

**What happened?**

On June 1, 2023, Cadence learned of a previously unknown (or "zero-day") vulnerability affecting MOVEit Transfer ("MOVEit"), a file transfer application owned by Progress Software Corporation ("Progress"). Cadence immediately implemented patches issued by Progress for MOVEit as they became available. Cadence launched an investigation with the assistance of a leading cybersecurity firm and data analytics firm and reported the matter to law enforcement. Through the investigation, on June 18, 2023, Cadence determined that an unauthorized third-party exploited the zero-day vulnerability and accessed and downloaded information being stored within the MOVEit application between May 28-31, 2023. Based on the ongoing comprehensive data analysis, on August 16, 2023, we determined that your personal information may have been involved.

**What information was involved?**

The personal information involved may have included: name, address, date of birth, Social Security number, driver's license number, financial account information (e.g. credit card number, bank account number, account statements). Please note that not all data elements were involved for all individuals. To date, Cadence is not aware of any actual fraud or identity theft instances involving your information.

**What we are doing.**

Cadence takes the security of personal information very seriously. Upon learning of the vulnerability, we launched a forensic investigation, took steps to mitigate and remediate the incident and help prevent further unauthorized activity, and contacted law enforcement. In response to this incident and as part of its ongoing effort to stay ahead of evolving threats, Cadence has further enhanced its security and monitoring practices and strengthened its systems to minimize the risk that a similar incident occurs in the future.

As a precaution, we have arranged to offer you identity protection services for a period of 12 months, at no cost to you. Please see the attached Reference Guide for enrollment details. While these services are complimentary, you have until

December 15, 2023 to activate these services, and instructions on how to enroll in these services are included in the enclosed Reference Guide.

**What you can do.**

In addition to enrolling in complimentary identity protection services, the enclosed Reference Guide includes additional information on general steps you can take to monitor and protect your personal information. We encourage you to remain vigilant against potential identity theft and fraud by carefully reviewing credit reports and account statements to ensure that all activity is valid. Any questionable charges should be promptly reported to the company with which the account is maintained.

**For more information.**

If you have any questions about this matter or would like additional information, please refer to the enclosed Reference Guide or call toll-free 1-888-861-7440. This call center is open from 9 am – 9 pm Eastern Time, Monday through Friday, except holidays.

We apologize for any inconvenience this incident may have caused you.

Sincerely,

Cadence Bank

You can contact the FTC to learn more about how to protect yourself from becoming a victim of identity theft by using the contact information below:

Federal Trade Commission
Consumer Response Center
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-IDTHEFT (438-4338)
www.ftc.gov/idtheft/

## Place a Fraud Alert on Your Credit File

To protect yourself from possible identity theft, consider placing a fraud alert on your credit file. A fraud alert helps protect against the possibility of an identity thief opening new credit accounts in your name. When a credit grantor checks the credit history of someone applying for credit, the credit grantor gets a notice that the applicant may be the victim of identity theft. The alert notifies the credit grantor to take steps to verify the identity of the applicant. You can place a fraud alert on your credit report by calling any one of the toll-free fraud numbers provided below. You will reach an automated telephone system that allows flagging of your file with a fraud alert at all three credit bureaus.

| | | | |
|---|---|---|---|
| Equifax | P.O. Box 105069<br>Atlanta, GA 30348 | 1-888-298-0045 | www.equifax.com |
| Experian | P.O. Box 9554<br>Allen, TX 75013 | 1-888-397-3742 | www.experian.com |
| TransUnion | P.O. Box 2000<br>Chester, PA 19016 | 1-800-916-8800 | www.transunion.com |

## Security Freezes

You have the right to request a credit freeze from a consumer reporting agency, free of charge, so that no new credit can be opened in your name without the use of a PIN number that is issued to you when you initiate a freeze. A security freeze is designed to prevent potential credit grantors from accessing your credit report without your consent. If you place a security freeze, potential creditors and other third-parties will not be able to get access to your credit report unless you temporarily lift the freeze. Therefore, using a security freeze may delay your ability to obtain credit.

Unlike a fraud alert, you must separately place a security freeze on your credit file at each credit bureau. To place a security freeze on your credit report you must contact the credit reporting agency by phone, mail, or secure electronic means and provide proper identification of your identity. The following information must be included when requesting a security freeze (note that if you are requesting a credit report for your spouse, this information must be provided for him/her as well): (1) full name, with middle initial and any suffixes; (2) Social Security number; (3) date of birth; (4) current address and any previous addresses for the past five years; and (5) any applicable incident report or complaint with a law enforcement agency or the Registry of Motor Vehicles. The request must also include a copy of a government-issued identification card and a copy of a recent utility bill or bank or insurance statement. It is essential that each copy be legible, display your name and current mailing address, and the date of issue.

Below, please find relevant contact information for the three consumer reporting agencies:

| | | | |
|---|---|---|---|
| Equifax Security Freeze | P.O. Box 105788<br>Atlanta, GA 30348 | 1-888-298-0045 | www.equifax.com |
| Experian Security Freeze | P.O. Box 9554<br>Allen, TX 75013 | 1-888-397-3742 | www.experian.com |
| TransUnion | P.O. Box 160<br>Woodlyn, PA 19094 | 1-888-909-8872 | www.transunion.com |

## Reference Guide

### Review Your Account Statements

Carefully review account statements and credit reports to ensure that all of your account activity is valid. Report any questionable charges promptly to the financial institution or company with which the account is maintained.

### Order Your Free Credit Report

To order your free annual credit report, visit www.annualcreditreport.com, call toll-free at 1-877-322-8228, or complete the Annual Credit Report Request Form on the U.S. Federal Trade Commission's ("FTC") website at www.ftc.gov and mail it to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348-5281. The three credit bureaus provide free annual credit reports only through the website, toll-free number or request form.

Upon receiving your credit report, review it carefully. Look for accounts you did not open. Look in the "inquiries" section for names of creditors from whom you have not requested credit. Some companies bill under names other than their store or commercial names; the credit bureau will be able to tell if this is the case. Look in the "personal information" section for any inaccuracies in information (such as home address and Social Security Number).

If you see anything you do not understand, call the credit bureau at the telephone number on the report. Errors may be a warning sign of possible identity theft. You should notify the credit bureaus of any inaccuracies in your report, whether due to error or fraud, as soon as possible so the information can be investigated and, if found to be in error, corrected. If there are accounts or charges you did not authorize, immediately notify the appropriate credit bureau by telephone and in writing. Information that cannot be explained should also be reported to your local police or sheriff's office because it may signal criminal activity.

### How to Enroll in IDX Credit Monitoring Protection

As a safeguard, we have arranged for you to enroll, at no cost to you, in a credit monitoring service for 12 months provided by IDX, A ZeroFox Company.

To enroll in this service, please call 1-888-861-7440 or visit https://app.idx.us/account-creation/protect and follow the instructions for enrollment using Enrollment Code:

The monitoring included in the membership must be activated to be effective. You have until December 15, 2023 to enroll in these services. Please note that credit monitoring services might not be available for individuals who have not established credit or an address in the United States (or its territories) or a valid Social Security number. Enrolling in this service will not affect your credit score. If you need assistance, IDX will be able to assist you.

We encourage you to take advantage of these protections and remain vigilant for incidents of fraud and identity theft, including regularly reviewing and monitoring your credit reports and account statements.

### Contact the U.S. Federal Trade Commission

If you detect any unauthorized transactions in any of your financial accounts, promptly notify the appropriate payment card company or financial institution. If you detect any incidents of identity theft or fraud, promptly report the matter to your local law enforcement authorities, state Attorney General and the FTC.

Once you have submitted your request, the credit reporting agency must place the security freeze no later than 1 business day after receiving a request by phone or secure electronic means, and no later than 3 business days after receiving a request by mail. No later than five business days after placing the security freeze, the credit reporting agency will send you confirmation and information on how you can remove the freeze in the future.

### For Residents of the District of Columbia

You may contact the D.C. Attorney General's Office to obtain information about steps to take to avoid identity theft:

D.C. Attorney General's Office, Office of Consumer Protection, 400 6th Street, NW, Washington DC 20001, 1-202-442-9828, www.oag.dc.gov.

### For Residents of Iowa

You may contact law enforcement or the Iowa Attorney General's office to report suspected incidents of identity theft. The Iowa Attorney General's Office can be reached at:

Iowa Attorney General's Office, Director of Consumer Protection Division, 1305 E. Walnut Street, Des Moines, IA 50319, 1-515-281-5926, www.iowattorneygeneral.gov.

### For Residents of Maryland

You may also obtain information about preventing and avoiding identity theft from the Maryland Office of the Attorney General:

Maryland Office of the Attorney General, Consumer Protection Division, 200 St. Paul Place, Baltimore, MD 21202, 1-888-743-0023, http://www.marylandattorneygeneral.gov/.

### For Residents of New Mexico

New Mexico consumers have the right to obtain a security freeze or submit a declaration of removal.

You may obtain a security freeze on your credit report to protect your privacy and ensure that credit is not granted in your name without your knowledge. You may submit a declaration of removal to remove information placed in your credit report as a result of being a victim of identity theft. You have a right to place a security freeze on your credit report or submit a declaration of removal pursuant to the Fair Credit Reporting and Identity Security Act.

The security freeze will prohibit a consumer reporting agency from releasing any information in your credit report without your express authorization or approval.

The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. When you place a security freeze on your credit report, you will be provided with a personal identification number, password, or similar device to use if you choose to remove the freeze on your credit report or to temporarily authorize the release of your credit report to a specific party or parties or for a specific period of time after the freeze is in place. To remove the freeze or to provide authorization for the temporary release of your credit report, you must contact the consumer reporting agency and provide all of the following:

(1) the unique personal identification number, password or similar device provided by the consumer reporting agency;

(2) proper identification to verify your identity; and

(3) information regarding the third-party or parties who are to receive the credit report or the period of time for which the credit report may be released to users of the credit report.

A consumer reporting agency that receives a request from a consumer to lift temporarily a freeze on a credit report shall comply with the request no later than three business days after receiving the request. As of September 1, 2008, a consumer reporting agency shall comply with the request within fifteen minutes of receiving the request by a secure electronic method or by telephone.

A security freeze does not apply in all circumstances, such as where you have an existing account relationship and a copy of your credit report is requested by your existing creditor or its agents for certain types of account review, collection, fraud control or similar activities; for use in setting or adjusting an insurance rate or claim or insurance underwriting; for certain governmental purposes; and for purposes of pre-screening as defined in the federal Fair Credit Reporting Act.

If you are actively seeking a new credit, loan, utility, telephone, or insurance account, you should understand that the procedures involved in lifting a security freeze may slow your own applications for credit. You should plan ahead and lift a freeze, either completely if you are shopping around or specifically for a certain creditor, with enough advance notice before you apply for new credit for the lifting to take effect. You should contact a consumer reporting agency and request it to lift the freeze at least three business days before applying. As of September 1, 2008, if you contact a consumer reporting agency by a secure electronic method or by telephone, the consumer reporting agency should lift the freeze within fifteen minutes. You have a right to bring a civil action against a consumer reporting agency that violates your rights under the Fair Credit Reporting and Identity Security Act.

### For Residents of New York

You may also obtain information about security breach response and identity theft prevention and protection from the New York Attorney General's Office:

Office of the Attorney General, The Capitol, Albany, NY 12224-0341, 1-800-771-7755, www.ag.ny.gov.

### For Residents of North Carolina

You may also obtain information about preventing and avoiding identity theft from the North Carolina Attorney General's Office:

North Carolina Attorney General's Office, Consumer Protection Division, 9001 Mail Service Center, Raleigh, NC 27699-9001, 1-919-716-6000, www.ncdoj.gov.

### For Residents of Oregon

State laws advise you to report any suspected identity theft to law enforcement, as well as the Federal Trade Commission. Contact information for the Oregon Department of Justice is as follows:

Oregon Department of Justice, 1162 Court Street NE, Salem, OR 97301, 1-877-877-9392, www.doj.state.or.us.

### For Residents of Rhode Island

You have a right to file or obtain a police report related to this incident. You may also obtain information about preventing and avoiding identity theft from the Rhode Island Office of the Attorney General:

Office of the Attorney General, 150 South Main Street, Providence, RI, 02903, 1-401-274-4400, www.riag.ri.gov.