IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CRIS MARSH and TAYLOR MARCH,
individually and on behalf of all others similarly situated,     PLAINTIFFS

v.     CIVIL ACTION NO. 1:23-cv-00136-SA-RP

CADENCE BANK     DEFENDANT

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on October 13, 2023. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 16th day of October, 2023.

                                        /s/ Sharion Aycock
                                        UNITED STATES DISTRICT JUDGE