UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| **CRIS MARSH** and **TAYLOR MARSH,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CADENCE BANK,**<br><br>Defendant. | Case No. 1:23-cv-136-GHD-RP |

**PLAINTIFFS' DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)(2)**

1. Plaintiffs Cris Marsh and Talor Marsh file this disclosure statement pursuant to Federal Rule of Civil Procedure 7.1(a)(2).

2. Plaintiff Cris Marsh is a citizen of Lewisville, Texas.

3. Plaintiff Taylor Marsh is a citizen of Lewisville, Texas.

Respectfully Submitted,

*s/ Robert B. McDuff*
Law Office of Robert McDuff
767 North Congress Street
Jackson, MS 39202
Telephone: (601) 259-8484
rbm@mcdufflaw.com

William B. Federman*
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com

*Pro hac vice application forthcoming*

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2023, a copy of the foregoing pleading was filed electronically with the Clerk of Court and was served via U.S. first class mail to the below registered agent for Defendant:

Cadence Bank
c/o E. Payne Atkinson; Registered Agent
201 South Spring Street
Tupelo, MS 38804

*s/ Robert B. McDuff*