IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CRIS MARSH, Individually and on behalf of
all others similarly situated; et al.                                    PLAINTIFFS

v.                                              CIVIL ACTION NO. 1:23-cv-00136-GHD-RP

CADENCE BANK                                                            DEFENDANT

ORDER OF RECUSAL

The Court notes that Cadence Bank is a party to this action. This corporate entity appears on the Court's recusal list as a result of stock ownership.

Accordingly, pursuant to the applicable rules regarding conflicts of interest, the undersigned hereby RECUSES himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

SO ORDERED, this, the 16th day of October, 2023.

_____
SENIOR U.S. DISTRICT JUDGE