# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Northern District of Mississippi

Case Number: 1:23-CV-00136-MPM-RP

Plaintiff: **Cris Marsh and Taylor Marsh, individually and on behalf of all others similarly situated**
vs.
Defendant: **Cadence Bank**

For: Federman & Sherwood

Received by _Vicki Mullins_ on the 17th day of November, 2023 at 9:00 am to be served on **Cadence Bank by serving an Authorized Agent, 201 South Spring St., Tupelo, Lee County, MS 38804.** I, _Vicki Mullins_, being duly sworn, depose and say that on the _21_ day of _Nov_, 20_23_ at _2:56_ pm., executed service by delivering a true copy of the **Summons in a Civil Action, Class Action Complaint, with Exhibits** in accordance with state statutes in the manner marked below:

**[X] CORPORATE SERVICE:** By delivering a true copy of the listed documents with the date of service endorsed thereon by me, to _Payne Atkinson_ as _Authorized Agent for Cadence Bank_ at _201 South Spring St - Tupelo MS 38804_ County, and informed said person of the contents therein, in compliance with state statutes.

( ) NON SERVICE: For the reason detailed in the comments below.

**COMMENTS:** _____

I certify that I am over the age of 18, of sound mind, have no interest in the above action. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes. The facts stated in this affidavit are within my personal knowledge and are true and correct.

X _Vicki Mullins_

Subscribed and Sworn to before me on the _22_ day of _November_, _2023_ by the affiant who is personally known to me.

_Camille Roseberry_
NOTARY PUBLIC

PROCESS SERVER # _N/A_
EXPIRATION DATE: _N/A_
Appointed in accordance with State Statutes

Austin Process LLC
1100 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: 2023011450
Ref: Marsh v. Cadence Bank